| | | |
|---|---|---|
| AUSA: | Anthony Vance | Telephone: (810) 766-5177 |
| Special Agent: | Todd Monfette | Telephone: (810) 341-5710 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
   v.

**Da Carri Byant-Jackson**

Case: 4:26-mj-30312
Judge: Ivy, Curtis

Filed: 05-27-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 26, 2026_____ in the county of _____Genesee_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(o) | Illegal possession of a machinegun |

This criminal complaint is based on these facts:

I have probable cause to believe that on or about May 26, 2026, in the Eastern District of Michigan, Da Carri Bryant-Jackson violated 18 U.S.C. § 922(o) (illegal possession of a machinegun).

☑ Continued on the attached sheet.

_7. Monfette_
*Complainant's signature*

Todd Monfette, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __May 27, 2026__

City and state: __Flint, MI__

*Judge's signature*

Curtis Ivy,  United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Todd Monfette, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since July 2017. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law.

**PURPOSE OF AFFIDAVIT**

3.     The purpose of this affidavit is to establish probable cause that on or about May 26, 2026, in the Eastern District of Michigan, Da Carri Byant-Jackson (DOB XX/XX/2006) violated 18 U.S.C. § 922(o) (illegal possession of a machinegun).

**PROBABLE CAUSE**

4.     On May 27, 2026, I reviewed documents regarding the May 26, 2026, arrest of Da Carri Bryant-Jackson during which police recovered a Palmetto Armory, model Dagger Compact pistol with a machinegun conversion device (MCD) installed on it.

5.     On May 26, 2026, in the city of Flint, Michigan State Police (MSP) Troopers conducted a traffic stop of a silver Chevrolet Sonic traveling westbound on Corunna Road in the city of Flint for violations of the Michigan Vehicle Code (MVC). Troopers made contact with the driver and sole occupant of the vehicle who was identified by his Michigan driver's license as Da Carri Bryant-Jackson. Troopers observed a pistol on floor near Bryant-Jackson's feet.

6.     Bryant-Jackson was detained by Troopers. A probable cause search of the vehicle revealed a black and silver colored Palmetto, model Dagger, 9mm pistol, S/N:CA00479 on the driver's side floorboard. The pistol had one live round in the chamber and 17 live rounds of 9mm ammunition loaded in the inserted magazine. The firearm had a gold colored MCD affixed to the back of the pistol.

2

7.     Troopers interviewed Bryant-Jackson on scene post Miranda. During the interview, Trooper asked Bryant-Jackson if the firearm was registered in his name, Bryant-Jackson responded in the affirmative. Bryant-Jackson had the firearm for approximately one month.

8.     Bryant-Jackson was subsequently arrested for firearm violations and transported to the Genesee County jail. One of Bryant-Jackson's charges was Carrying a Concealed Weapon (CCW). Bryant-Jackson was charged with CCW because he is nineteen (19) years old and not eligible for a concealed pistol license (CPL) in the state of Michigan which requires individuals to be twenty-one (21) years of age to obtain a CPL.

9.     On May 27, 2026, SA Todd Monfette and SA Joshua White conducted a recorded custodial interview of Bryant-Jackson at the Genesee County Jail. SA Monfette advised Williams of his Miranda rights in the presence of SA White. Bryant-Jackson acknowledged and signed ATF Miranda form 3200.4 and agreed to talk to SA Monfette and SA White. Bryant-Jackson provided the following information during the interview:

- Bryant-Jackson acknowledged the firearm was his.

- Bryant-Jackson stated he purchased the firearm "legally."

10.   A Law Enforcement Information Network (LEIN) query of the firearm revealed it was registered to Bryant-Jackson on April 21, 2026.

3

11.   Based on my training and experience, I know that machinegun conversion devices convert semi-automatic firearms into machineguns, and I know it is illegal to possess such devices.

## CONCLUSION

12.   Based upon the above information, there is probable cause that on or about May 26, 2026, in the Eastern District of Michigan, Da Carri Bryant-Jackson violated 18 U.S.C. § 922(o) (illegal possession of a machinegun).

_____
Special Agent Todd Monfette
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or
by reliable electronic means.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

Dated: May 27, 2026

4